UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAMUEL LARSON, a person, and JORDAN LARSON, a person,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an insurance company,<br><br>Defendant. | No. 2:24-cv-00238-JHC<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulated Motion for Leave to Amend Complaint. Dkt. # 11. The Court GRANTS the motion. Plaintiff may file the proposed amended complaint, which was included with the motion, within ten (10) days of this order.

DATED this 28th day of March, 2024.

_____
John H. Chun

ORDER — 1