UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAMUEL LARSON, a person, and JORDAN LARSON, a person,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an insurance company, and BALL PLUMBING SERVICES, LLC, a company, dba "Barkley Plumbing",<br><br>  Defendants. | No. 2:24-cv-00238-JHC<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Motion to Remand Case to State Court. Dkt. # 14. The Court GRANTS the motion. The Court REMANDS this case to the King County Superior Court of Washington State. The Court DIRECTS the Clerk to (1) mail a certified copy of this order to the Clerk of the Court for King County Superior Court; (2) transmit the record to the Clerk of the Court for King County Superior Court; and (3) close this case.

/

/

ORDER — 1

DATED this 10th day of April, 2024.

_____
John H. Chun
United States District Judge

ORDER — 2